UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRY CARSON** | * | **DOCKET NO. 11-1409** |
| **VERSUS** | * | **SECTION F, MAG. 3** |
| **THOMAS JEFFERSON CONSTRUCTION CORP d/b/a BEST WESTERN WESTBANK AND PRAETORIAN INSURANCE COMPANY** | * | **JUDGE FELDMAN** |
| | * | **MAGISTRATE KNOWLES** |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice,

**IT IS ORDERED** that all of the claims of the plaintiff, Terry Carson, against defendants, Thomas Jefferson Construction Corporation d/b/a Best Western Westbank and Praetorian Insurance Company, be and the same are hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana this 3rd day of July, 2012.

U. S. DISTRICT COURT JUDGE